UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MALCOLM BARNETT, | ) | No. CV 19-5288-CJC (PLA) |
| Petitioner, | ) ) | **ORDER ACCEPTING FINDINGS, CONCLUSION, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | ) ) | |
| CHRISTIAN PFEIFFER, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation.

The Court agrees with the Magistrate Judge that the Petition should be dismissed without prejudice for failure to prosecute and/or to follow court orders. Since the commencement of this action on May 5, 2019, *more than a year ago*, petitioner has requested -- and the Magistrate Judge has granted -- numerous extensions of time for petitioner to submit his First Amended Petition or to respond to the Magistrate Judge's two Reports and Recommendations. (ECF Nos. 6, 7, 10, 11, 15, 16, 17, 19, 20, 21, 22, 23). On October 23, 2019, the Magistrate Judge issued his first Report and Recommendation recommending dismissal of this action for failure to prosecute and/or to follow court orders (ECF No. 15), after petitioner did not timely file a First Amended Petition, despite being granted two extensions of time to do so. (ECF Nos. 7, 11). On

November 18, 2019, petitioner responded to the October 23, 2019, Report and Recommendation with his third request for an extension of time to file a First Amended Petition. (ECF No. 16). The Magistrate Judge granted petitioner's third request and withdrew the October 23, 2019, Report and Recommendation. (ECF No. 17). Petitioner again failed to timely file a First Amended Petition and, on February 7, 2020, the Magistrate Judge issued a second Report and Recommendation in which he again recommended the dismissal of this action for failure to prosecute and/or failure to follow court orders. (ECF No. 19).

Petitioner subsequently requested -- and the Magistrate Judge granted -- two additional extensions of time to submit objections to the February 7, 2020, Report and Recommendation. (ECF Nos. 20, 21, 22, 23). Petitioner's objections were most recently due no later than May 28, 2020. (ECF No. 23). As of the date of this Order, however, petitioner has neither submitted objections to the February 7, 2020, Report and Recommendation, nor filed his First Amended Petition. The Court, therefore, accepts the findings, conclusion, and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

3. Judgment shall be entered consistent with this Order.

3. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: June 22, 2020

_____
HONORABLE CORMAC J. CARNEY
CHIEF UNITED STATES DISTRICT JUDGE