# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| MALCOLM BARNETT, | ) | No. CV 19-5288-CJC (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| CHRISTIAN PFEIFFER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the findings, conclusion, and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED: June 22, 2020

_____
HONORABLE CORMAC J. CARNEY
CHIEF UNITED STATES DISTRICT JUDGE